PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 DEC 22 AM 9:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/

U. S. A. vs. AYALA, VERONICA SUSANA
(Reg. 02177-298)

Docket No. 06CR2525GT-001

### Petition for Action on Conditions of Pretrial Release

Comes now Anthony W. Ortiz Pretrial Services Officer presenting an official report upon the conduct of defendant VERONICA SUSANA AYALA, who was placed under pretrial release supervision by the Honorable Barbara Lynn Major sitting in the court at San Diego, on the 6th, day of November, 2006, under the following conditions:

Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; clear all warrants/FTA's within thirty (30) days of release and reside with mother.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**Condition violated**: not possess or use any narcotic drug or other controlled substance without a lawful medical prescription.

1. On December 6, 2006, the defendant submitted a urine sample which tested positive for methamphetamine and marijuana.

   **Grounds for violation**: I have received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms the sample submitted by the defendant on December 6, 2006, tested positive for both methamphetamine and marijuana. On December 6, 2006, the defendant admitted to the undersigned she used methamphetamine and marijuana on December 4, 2006.

2. On December 15, 2006, the defendant submitted a urine sample which tested positive for methamphetamine.

   **Grounds for violation**: I have received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms the sample submitted by the defendant on December 15, 2006, tested positive for both methamphetamine. On December 19, 2006, the defendant admitted to using methamphetamine on December 14, 15 and 17, 2006.

Petition for Action
Page 2

3. As of December 16, 2006, the defendant has not cleared her failures to appear as ordered by the court.

   **Grounds for violation**: On December 21, 2006, I have received and reviewed the defendant's DMV record which indicates the defendant has not cleared her failures to appear. Furthermore, the defendant reported to PSO Boris Ilic on December 15, 2006, that she received a traffic citation from the National City Police Department for driving on a suspended license.

**PRAYING THAT THE COURT WILL ISSUE A NO-BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST IN ORDER TO BRING HER BEFORE THE COURT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 21st day of December, 2006, and ordered filed and made a part of the records in the above case.

U.S. District Judge Gordon Thompson, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 21, 2006

Respectfully,

Anthony W. Ortiz, U.S. Pretrial Services Officer
(619) 557-6323

Place   San Diego, California

Date    December 21, 2006