PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 APR -5 PM 12: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

U. S. A. vs. AYALA, VERONICA SUSANA        Docket No. 06CR2525GT-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Amy Sutton Pretrial Services Officer presenting an official report upon the conduct of defendant VERONICA SUSANA AYALA, who was placed under pretrial release supervision by the Honorable Barbara Lynn Major sitting in the court at San Diego, on the 6th, day of November, 2006, under the following conditions:

Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; clear all warrants/FTA's within thirty (30) days of release and reside with mother.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant admitted to using Marijuana two (2) weeks prior to her arrest in the underlying case. The sureties have no opposition to the modification.

PRAYING THAT THE COURT WILL MODIFY THE CONDITIONS OF RELEASE TO INCLUDE SUBMIT TO TREATMENT AND TESTING FOR DRUGS AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER.

ORDER OF COURT

Considered and ordered this 6th day of December 2006, and ordered filed and made a part of the records in the above case.

U.S. District Judge Gordon Thompson, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 5, 2006

Respectfully,

Amy Sutton, U.S. Pretrial Services Officer
(619) 557-7208

Place    San Diego, California

Date    December 5, 2006